**William Y. FRICK, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37267.**

Missouri Court of Appeals,
Western District.

March 25, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Donald L. Wolff, Clayton, for movant-appellant.

William Webster, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from judgment denying post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).